faith of the plaintiff. No evidence was offered to show that the defendant did not violate the law, and the only question is whether the plaintiff, under the construction placed upon the statute by the Nicholson Case, was a passenger in good faith. If he was not, he cannot now, under that decision, avail himself of the right which the statute otherwise confers upon him. I do not assert that upon the evidence presented in this case the plaintiff was or was not a passenger in good faith. That is a matter that should be determined by the trial justice upon a consideration of all the evidence adduced. I do assert, however, that because a plaintiff has recovered penalties in two actions, and his good faith in both of those actions having been established, no inference adverse to him should be drawn, from this fact alone, in any other action that he may bring. The judgment appealed from should be reversed, and a new trial ordered, with costs to the appellant to abide the event.

McCLURE v. SCHRATWEISER. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Ernest McClure against Jacob Schratweiser. No opinion. Motion granted, with $10 costs. Order filed.

McCLURE, Respondent, v. SCHRATWEISER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Everett McClure against Jacob Schratweiser and others. E. L. Blackman, for appellants. Marsh & Bennett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. (120 App. Div. 875)

McDONOUGH, Respondent, v. TOOP, Appellant et al. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by James McDonough against George H. Toop, impleaded. F. V. Johnson, for appellant. II. K. Davis, for respondent. No opinion. Judgment reversed, and new trial ordered, costs to appellant to abide event, on the authority of Ryan v. Irons, 114 App. Div. 165, 99 N. Y. Supp. 590. Order filed.

McGONEGAL, Appellant, v. BLAIR, Respondent. (Supreme Court, Appellate Division, Second Department. July 9, 1907.) Action by Hiram McGonegal against Joseph A. Blair. No opinion. Judgment and order affirmed, with costs.

McGRATH, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by James T. McGrath against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McKENZIE, Respondent, v. HOPKINS, Appellant. (Supreme Court, Appellate Division, Second Department. July 9, 1907.) Action by George W. McKenzie against Henry D. Hopkins.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery to the sum of $250, in which event the judgment, as reduced, is affirmed, without costs of this appeal.

HIRSCHBERG, P. J., and MILLER, J., dissent.

McKERNAN v. SCHIEFERSTEIN. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Daniel McKernan against Frederick Schieferstein. No opinion. Motion granted, with $10 costs. Order filed.

McKIE, Tax Collector, v. METCALF et al. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Actions by John McKie, as tax collector, etc., against J. Henry Metcalf and another, impleaded.

PER CURIAM. Order affirmed as to the consolidation of the first nine actions, and reversed as to the tenth action, without costs of this appeal to either party, upon condition that the defendants Metcalf stipulate not to interpose answers or demurrers in any of said actions. In the event said defendants shall refuse to so stipulate, the order appealed from is hereby reversed, with $10 costs and disbursements of this appeal.

McMANUS v. AMERICAN WOOLEN CO. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Terence J. McManus against the American Woolen Company. No opinion. Motion denied, with $10 costs. Order filed.

McNULTY, Respondent, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Patrick H. McNulty against William H. Reynolds. No opinion. Judgment and order affirmed, with costs.

McVEY, Appellant v. SECURITY MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by John McVey against the Security Mutual Life Insurance Company. No opinion. Motion denied.

MADDOX et al., Respondents, v. HARRIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Joseph E. Maddox and another against George H. Harris and another.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

MAHONEY v. CAMPBELL et al. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by James J. Mahoney against George Snyder Campbell and another,